AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Stacie Ann Hargis-Getsinger<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Stacie Ann Hargis-Getsinger ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:  06/09/2021

*Issuing officer's signature*  2021.06.09 19:00:48 -04'00'

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* June 9, 2021, and the person was arrested on *(date)* June 15, 2021
at *(city and state)* Hanahan, SC .

Date: June 15, 2021

*Arresting officer's signature*

James D. Patterson
*Printed name and title*