

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 9, 2021

**Charles Anton George, Esq.**
George Law Firm, LLC
Maritime Law Group
P.O. Box 354
MT. Pleasant, SC 29465-0354

**Dennis E. Boyle, Esq.**
**Blerina Jasari, Esq.**
1050 Connecticut Ave, Suite 500
Washington, DC 20036

      Re:    *United States v. John Hubert Getsinger, Jr. and Stacie Ann Hargis-Getsinger,*
              Case No. 1:21-mj-00466-RMM

Dear Counsel:

      This letter summarizes the preliminary discovery that was served by **USAFx** in this case on July 23, 2021 to attorneys Dennis E. Boyle and Blerina Jasari. Last week we received notice that attorney Charles Anton George will also represent the Getsingers. As such, we provided Mr. George access to USAfx.

The discovery consists of:

    a. Two CCTV video, which are "highly confidential" under the Protective Order.
    b. Stacie Getsinger Facebook file return;
    c. John Getsinger Facebook file return;
    d. John Getsinger and Stacie Getsinger Profile Facebook Application Warrant for
       -Facebook user ID 100000109110361, attributable to Stacie Getsinger
        -Facebook user associated with www.facebook.com/john.h.getsinger.jr

-Facebook user ID# 1686824054956289, which is attributable to the "Berkeley County Growth & Development" Facebook group
e. Affidavit of TFO Peterson – Rule 41 Warrant (redacted);
f. Search Warrant;
g. Application
h. Signed NDO;
i. Motion to Seal;
j. Order to Seal;
k. Application for Nondisclosure (NDO) and Application to Seal;
l. NDO;
m. Facebook Warrant Return;
n. FBI Records ending in digital file numbers 6, 7, 8, 9, 11, 12, 14, 15, 17, and redacted 17, 18, 19, 21 - 29 and Images ending in file numbers 1-5;
o. Geofence map;
p. Facebook Application Warrant, NDO Application, Application to Seal and NDO for -
  -Facebook user ID 100000109110361, attributable to Stacie Getsinger
  -Facebook user associated with www.facebook.com/john.h.getsinger.jr
q. Rule 41 Warrant Application
r. John Getsinger Facebook return file;
s. Stacie Getsinger Facebook return file;
t. Three Physical 1A/1C Cover Sheets for Serial Export

Screen shots of the files that have uploaded today are provided below:



2

| File | Modified | Size |
|---|---|---|
| 266H-CO-3379714_0000022.pdf | Yesterday by Anthony Franks | 563 KB |
| 266H-CO-3379714_0000025.pdf | Yesterday by Anthony Franks | 345.6 KB |
| 266H-CO-3379714_0000024.pdf | Yesterday by Anthony Franks | 346.2 KB |
| 266H-CO-3379714_0000023.pdf | Yesterday by Anthony Franks | 372.9 KB |
| 266H-CO-3379714_0000018_1A0000009_0000001.pdf | Yesterday by Anthony Franks | 2.5 MB |
| 266H-CO-3379714_0000021.pdf | Yesterday by Anthony Franks | 372 KB |
| 266H-CO-3379714_0000019_1A0000012_0000002_PHYSICAL.pdf | Yesterday by Anthony Franks | 1.4 KB |
| 266H-CO-3379714_0000019_1A0000013_0000001_PHYSICAL.pdf | Yesterday by Anthony Franks | 1.4 KB |
| 266H-CO-3379714_0000019_1A0000012_0000001_PHYSICAL.pdf | Yesterday by Anthony Franks | 1.4 KB |
| 266H-CO-3379714_0000019.pdf | Yesterday by Anthony Franks | 347.5 KB |
| 266H-CO-3379714_0000018.pdf | Yesterday by Anthony Franks | 347.2 KB |
| 266H-CO-3379714_0000018_1A0000010_0000001.pdf | Yesterday by Anthony Franks | 321.2 KB |
| 266H-CO-3379714_0000019_1A0000011_0000001_PHYSICAL.pdf | Yesterday by Anthony Franks | 1.4 KB |
| 266H-CO-3379714_0000014_1A0000007_0000005.png | Yesterday by Anthony Franks | 2.2 MB |
| 266H-CO-3379714_0000014_1A0000007_0000001.png | Yesterday by Anthony Franks | 2.1 MB |
| 266H-CO-3379714_0000014_1A0000007_0000002.png | Yesterday by Anthony Franks | 2 MB |
| 266H-CO-3379714_0000017.pdf | Yesterday by Anthony Franks | 348.9 KB |
| 266H-CO-3379714_0000015.pdf | Yesterday by Anthony Franks | 345.2 KB |
| 266H-CO-3379714_0000014_1A0000007_0000004.png | Yesterday by Anthony Franks | 124 KB |
| 21-SC-1389_Facebook_FINAL PACKAGE.pdf | Yesterday by Anthony Franks | 2.2 MB |
| 266H-CO-3379714_0000014.pdf | Yesterday by Anthony Franks | 390.3 KB |
| 266H-CO-3379714_0000012.pdf | Yesterday by Anthony Franks | 348.4 KB |
| 266H-CO-3379714_0000011.pdf | Yesterday by Anthony Franks | 344.5 KB |
| 266H-CO-3379714_0000009.pdf | Yesterday by Anthony Franks | 345.6 KB |
| 266H-CO-3379714_0000008.pdf | Yesterday by Anthony Franks | 345.6 KB |
| 266H-CO-3379714_0000007.pdf | Yesterday by Anthony Franks | 345.6 KB |
| 266H-CO-3379714_0000006.pdf | Yesterday by Anthony Franks | 346.1 KB |
| 21-SC-1389_Return.pdf | Yesterday by Anthony Franks | 377.6 KB |
| 21-SC-1389_NDO+Seal_Application.pdf | Yesterday by Anthony Franks | 174.7 KB |
| 21-SC-1389_NDO+Seal_Proposed Order.pdf | Yesterday by Anthony Franks | 123.1 KB |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes

to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

  I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

  I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

            Sincerely,

            /s/ Anthony L. Franks
            Anthony L. Franks
            Assistant United States Attorney